## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____
:
Danyhuska Viola,                                          :
                                                                       :   Civil Action No.:  1:14-cv-02858-RDB
                                                                       :
                             Plaintiff,                          :
            v.                                                       :
                                                                       :
One Main Financial Services, Inc.; and DOES    :
1-10, inclusive,                                            :
                                                                       :
                             Defendant.                       :
_____:

## <u>STIPULATION OF DISMISSAL</u>

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby

dismissed against One Main Financial Services, Inc. with prejudice and without costs to any

party, and, pursuant to FRCP 41(a)(1)(A)(i), the above-captioned action is dismissed with

prejudice as to the remaining defendants and without costs to any party.

| | |
|---|---|
| Danyhuska Viola | One Main Financial Services, Inc. |
| /s/ Sergei Lemberg | /s/ E. Hutchinson Robbins, Jr. |
| Sergei Lemberg, Esq. | E. Hutchinson Robbins, Jr. |
| Lemberg Law, LLC | Miles & Stockbridge P.C. |
| 1100 Summer Street, Third Floor | 100 Light Street |
| Stamford, CT 06905 | Baltimore, Maryland 21202 |
| Telephone: (203) 653-2250 | Telephone:  (410) 727-6464 |
| Facsimile: (203) 653-3424 | Facsimile:  (410) 385-3700 |
| Email: slemberg@lemberglaw.com | Email:  erobbins@milesstockbridge.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Sergei Lemberg
Sergei Lemberg, Esq.